**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 26, 2013

Ms. Marlo Johnson Roebuck
Jackson Lewis
2000 Town Center
Suite 1650
Southfield, MI 48075

Ms. Laura Anne Sagolla
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Venus Springs
7437 Willesden Lane
Charlotte, NC 28277

Re: Case No. 13-1521, *Venus Springs v. Mayer Brown, Limited Liabilit, et al*
Originating Case No. : 2:11-cv-13518

Dear Sir or Madam,

   The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date indicated below. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(C). If you are *not* an inmate, your brief is considered timely if it is received in this court by the filing date indicated below. If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

    Appellant's Brief        1 signed original
                                         Limit of 30 pages or 14,000 words
                                         Filed by **June 10, 2013**

Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages. Consult 6 Cir. R. 28(a)(1) for additional information.

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6 Cir. R. 30(a) and (c)(2)) | Filed electronically by **July 11, 2013** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed **17** days after the appellee's brief |

For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

Sincerely yours,

s/Robin Duncan
Case Manager
Direct Dial No. 513-564-7027

Enclosure